No. 676.  STARNES *v.* PENNSYLVANIA RAILROAD CO. C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE BLACK is of the opinion that certiorari should be granted.  *Ira Gammerman* for petitioner.  *David J. Mountan, Jr.* and *James S. Rowen* for respondent.

No. 680.  CONTRACTORS ASSOCIATION OF PHILADELPHIA AND EASTERN PENNSYLVANIA ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Manus McHugh* for petitioners. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 714, Misc.  COLEMAN *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE STEWART are of the opinion that certiorari should be granted.  *Edward Bennett Williams* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 899, Misc.  RALPH *v.* MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Walter H. Moorman* for petitioner.

No. 506.  WILLMUT GAS & OIL CO. *v.* FEDERAL POWER COMMISSION ET AL., 368 U. S. 975; and

No. 573.  LEWIS ET AL. *v.* LOWRY, DOING BUSINESS AS LOWRY COAL CO., 368 U. S. 977.  Petitions for rehearing denied.